**Electronically Filed
Supreme Court
SCPR-20-0000663
12-NOV-2020
09:35 AM
Dkt. 7 OGP**

SCPR-20-0000663

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE SARAH D. SPITLER, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson JJ.,
and Intermediate Court of Appeals Associate Judge Leonard,
assigned by reason of vacancy)

Upon consideration of the petition to resign and surrender her license to practice law in the State of Hawai'i, filed by attorney Sarah D. Spitler, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner Spitler has fully complied with the requirements of RSCH Rule 1.10.  Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Sarah D. Spitler, attorney number 10492, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, November 12, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Katherine G. Leonard